### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRYAN TURNER,** | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 20-4502 |
| | : |
| **CITY OF PHILADELPHIA,** | : |
| Defendant. | : |

### OFFER OF JUDGMENT

**TO:** Leonard K. Hill, Esquire
Hill & Associates
1700 Market Street, Suite 3150
Philadelphia, PA 19103
*Counsel for Plaintiff*
*(by email delivery)*

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, City of Philadelphia, by and through its attorney, Elizabeth Okakpu, Assistant City Solicitor, hereby offers to allow Judgment to be taken against it and in favor of Plaintiff, Bryan Turner, for all claims for damages, costs, attorneys' fees, and interest accrued to date, in the amount of twenty-six thousand dollars ($26,000.00).

This Offer of Judgment is made solely for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed either as an admission that the Defendant, or any of its employees or agents, is liable in this action, or that the plaintiff has suffered any damages. This judgment is to have no effect whatsoever except in settlement of this case. Additionally, this Offer of Judgment is not admissible as evidence in any proceeding, except, if rejected, in a proceeding to determine costs. If this Offer of Judgment is not accepted in writing within fourteen (14) days, it shall be deemed withdrawn.

CITY OF PHILADELPHIA LAW

                                  DEPARTMENT
                                  Diana Cortes, City Solicitor
                                  Renee Garcia, Litigation Chair
                                  Nicole S. Morris, Chief Deputy

                                  */s/Elizabeth U. Okakpu*
                                  Elizabeth U. Okakpu
                                  Assistant City Solicitor
                                  City of Philadelphia Law Department
                                  Division of Labor and Employment
                                  1515 Arch Street, 16th Floor
                                  Philadelphia, PA 19102
                                  (215) 683-5132 (phone) / (215) 683-5099 (fax)
                                  Elizabeth.Okakpu@phila.gov
Dated: July 28, 2022                Counsel for City of Philadelphia