| | |
|---|---|
| **From:** | Bryan Turner |
| **To:** | Elizabeth Okakpu |
| **Subject:** | Re: Turner v. City of Philadelphia- Pending settlement offer |
| **Date:** | Thursday, August 11, 2022 10:37:34 AM |

**External Email Notice.** This email comes from outside of City government. Do not click on links or open attachments unless you recognize the sender.

I confirm ms okakpu

Sent from Yahoo Mail for iPhone

On Thursday, August 11, 2022, 10:26 AM, Elizabeth Okakpu <Elizabeth.Okakpu@Phila.gov> wrote:

> Mr. Turner,
>
> Thank you for you response. I've re-attached the Rule 68-Offer for Judgment because we need to file your acceptance of the offer on the docket. Please confirm that you are accepting the Rule 68 Offer resolving this matter for $26,000.
>
> Elizabeth
>
> Elizabeth U. Okakpu, Esq.
> *Assistant City Solicitor, Labor & Employment Unit*
> City of Philadelphia Law Department
>
> 1515 Arch Street, 16th Floor
> Philadelphia, PA 19102
> Phone: (215) 683-5132
> Fax: 215-683-5099
> Pronouns: she/her
>
> **PRIVILEGED AND CONFIDENTIAL:** This message and any attachments are for the intended recipients only and contains information that may be attorney work product, protected by the attorney-client privilege, or exempt from disclosure under applicable law.  Unless you are the addressee or are authorized to receive messages for the addressee you may not use, copy, retain, or disclose to anyone this message or any information communicated by this message.  If you have received this message in error, please notify the sender via return e-mail and delete the message as well as any attachments.